UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-33725 |
| Charis D Tripplet, | Chapter 13 |
| Debtor. | Honorable Jack B. Schmetterer |

### NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

NOW COMES JPMorgan Chase Bank, National Association, by its attorneys, Heavner, Beyers & Mihlar, LLC and respectfully moves this Court to allow it to withdraw its Objection to Confirmation electronically filed on December 23, 2019, the Debtor having filed a modified plan curing Creditor's objection.

Dated: February 27, 2020

JPMorgan Chase Bank, National Association,

By:    */s/ Amanda J. Wiese*
Amanda J. Wiese
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I served a copy of the Notice of Withdrawal of Objection to Confirmation filed on February 27, 2020, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on February 27, 2020, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 27th of February, 2020.

**Service by Mail:**

Charis D Tripplet
9237 S Throop
Chicago, Illinois 60620

**Service by Electronic Notice through ECF:**

David H. Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Room 873
Chicago, IL 60604

                                                                */s/ Amanda J. Wiese*
                                                                 Amanda J. Wiese

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754