# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois (Eastern Division)

| | |
|---|---|
| IN RE: | Case No.: 19-33725 |
| Debtors: Charis D Tripplet | Loan Number (Last 4): 0612 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Park Revolving Trust</u> | <u>JPMorgan Chase Bank, National Association</u> |
| <u>Serviced by Select Portfolio Servicing, Inc.</u> | <u>c/o Chase Records Center</u> |
| Name of Transferee | Name of Transferor |
| | |
| PO Box 65250 | Court Claim # (if known): <u>14</u> |
| Salt Lake City, UT 84165 | Amount of Claim: <u>$182,793.11</u> |
| | Date Claim Filed: <u>01/30/2020</u> |
| Phone: <u>1-800-258-8602</u> | Last Four Digits of Acct #: <u>8887</u> |
| Last Four Digits of Acct #: <u>0612</u> | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: <u>1-800-258-8602</u>

Last Four Digits of Acct #: <u>0612</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By: /s/ John Shelley | Date: 03/23/2020 |
| InfoEx, LLC, as authorized filing agent | |
| (Approved by: Dilan Foutz) | |

Specific Contact Information:
Dilan Foutz - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

489201-6966ff70-f48d-478e-88a7-ed67b3a50174