NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Charis D Tripplet
9237 S Throop
Chicago, IL 60620
SSN: xxx−xx−6304  EIN: N.A.

Case No. : 19−33725
Chapter : 13
Judge : Jack B. Schmetterer

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : JPMorgan Chase Bank, National Association

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Park Revolving Trust of your claim in the above matter, designated Claim No. 14 . If no objections are filed by you on or before April 13, 2020 the Court shall substitute Park Revolving Trust in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: March 24, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court